## **EXHIBIT A**

Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| PACE INDUSTRIES, LLC, *et al.*,[1] | Case No. 20-10927 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No.** __ |

### ORDER GRANTING MACQUARIE SEPTA (US) I, LLC'S MOTION TO DISMISS THE CHAPTER 11 CASES OF KPI INTERMEDIATE HOLDINGS, INC. AND ITS DIRECT AND INDIRECT SUBSIDIARES.

Upon consideration of the Motion to Dismiss the Chapter 11 Cases of KPI Intermediate Holdings, Inc. and its Direct and Indirect Subsidiaries (the "Motion")[2], filed by Macquarie Septa (US) I, LLC, and the Court having considered the pleadings filed in support of, and opposition to, the Motion; and it appearing that the Court has jurisdiction to consider the relief requested in the Motion; and due and proper notice of the Motion having been given, and no other or further notice being required; after due deliberation and sufficient cause appearing therefore, for the reasons set forth at the hearing held on the Motion, IT IS THEREBY ORDERED THAT:

1. The Motion is **GRANTED** as set forth herein.

2. The chapter 11 cases of the KPI Intermediate Debtors are hereby dismissed with prejudice.

3. This Court retains jurisdiction to enforce this Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: KPI Holdings, LLC (5032); KPI Capital Holdings, Inc. (6489); KPI Holdings, Inc. (6913); KPI Intermediate Holdings, Inc. (4492); Pace Industries, LLC (6490); Pace Industries, Inc. (6822); Pace FQE, LLC (3611); Port City Group, Inc. (6598); Muskegon Castings, LLC (6858); Alloy Resources, LLC (0283); and Pace Industries of Mexico, L.L.C. (5764). The Debtors' headquarters are located at 481 South Shiloh Drive, Fayetteville, Arkansas 72704.

[2] Capitalized terms not otherwise defined in this Order have the meaning given to them in the Motion.