**CERTIFICATE OF SERVICE**

I, William P. Bowden, hereby certify that on April 17, 2020, I caused one copy of the foregoing

document to be served upon the parties on the attached service list via email and first class mail.


*/s/ William P. Bowden*
William P. Bowden (DE #2553)

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady, Edmon L. Morton
& Joseph M. Mulvihill
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

WILLKIE FARR & GALLAGHER LLP
Matthew A. Feldman, Rachel C. Strickland
& Debra M. Sinclair
787 Seventh Avenue
New York, New York 10019

Office of the U.S. Trustee
David L. Buchbinder
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

McGUIREWOODS LLP
Wade M. Kennedy
Alexandra Shipley
77 West Wacker Drive, Suite 1400
Chicago, Illinois 60601-1818

McGUIREWOODS LLP
Brian I. Swett
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104

RICHARDS, LAYTON & FINGER, P.A.
John H. Knight
Amanda R. Steele
David T. Queroli
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

HUGHES HUBBARD & REED LLP
Kathryn A. Coleman
Anson B. Frelinghuysen
Christopher Gartman
One Battery Park Plaza
New York, NY 10004-1482

LANDIS RATH & COBB LLP
Adam G. Landis
Matthew B. McGuire
919 Market Street, Suite 1800
Wilmington, Delaware 19801

SCHULTE ROTH & ZABEL LLP
Adam C. Harris, Michael M. Mezzacappa,
Jae Y. Kim & Kelly V. Knight
919 Third Avenue
New York, NY 10022

DICKINSON WRIGHT PLLC
James A. Plemmons
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425

DICKINSON WRIGHT PLLC
M. Kimberly Stagg
424 Church Street, Suite 800
Nashville, Tennessee 37219

WOMBLE BOND DICKINSON (US) LLP
Matthew P. Ward
Morgan L. Patterson
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801

BROOKS WILKINS SHARKEY & TURCO PLLC
Matthew E. Wilkins
401 S. Old Woodward Avenue, Suite 400
Birmingham, MI 48009

FROST BROWN TODD LLC
Patricia K. Burgess
7310 Turfway Road
Suite 210
Florence, Kentucky 41042

FROST BROWN TODD LLC
A.J. Webb
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202

KOHNER, MANN & KAILAS, S.C.
Attn: Samuel C. Wisotzkey
Washington Building
Barnabas Business Center
4650 North Port Washington Road
Milwaukee, WI 53212-1059

Service Aluminum Corporation
Tom Walters
3300 N Ridge Road
Suite 290
Ellicott City MD 21043

Sid Tool Co., Inc.
Khyamm Sanders
Box 78845
Milwaukee WI 53278

Sid Tool Co., Inc.
Steve Armstrong
75 Maxess Road
Melville NY 11747

Strohwig Industries, Inc.
Michael Retzer
3285 Industrial Road
Richfield WI 53076

Commercial Metals Co
David Sax
6565 N Macarthur Blvd
Irving TX 75039

B&B Metal Processing Company, Inc.
Bob Burrows
14520 Pioneer Rd
Newton WI 53063

Shapiro Sales Company
Rick Dobkin
9666 Olive Boulevard
Suite 500
Saint Louis MO 63132

Onset Financial, Inc.
Dustin Bond
274 West 12300 South
Draper UT 84020

Lefton Metal Enterprises
Michael Lefton
111 West Port Plaza #700
Saint Louis MO 63146

Imsamet Of Arizona
David Burlison
3829 South Estrella Parkway
Goodyear AZ 85338

Spectro Alloys Corporation
Gary Borner
13220 Doyle Path East
Rosemount MN 55068

Guangdong Zhaoqinng Power Foundry
Phoebe Fu
Bank Of China Ltd. Zhaqing Branch
No 37 Duan Zhou 4th Road
Zhaoqing
China

Guangdong Zhaoqinng Power Foundry
32 Jianshe Third Road
Zhaoqing  526040
China

Scepter Inc
Guy Riviere
1485 Scepter Lane
Waverly TN 37185

Die-Tech & Engineering Inc
Bill Berry
4620 Herman Ave.  Sw
Wyoming MI 49509

Stanton A. Moss Inc
Stanton Moss
551 W Lancaster Ave
Suite 209
Haverford PA 19041

Eastern Alloys, Inc.
Richard H Bauer
Henry Henning Drive
Po Box 317
Maybrook NY 12543

Hanson International Inc.
Julie Lavanway
3500 Hollywood Rd.
St. Joseph MI 49085

Bishop International, Inc.
Richie Vaught
224 North Corinth Street
Dallas TX 75203

Buhlerprince Inc
Amy Lorenz
670 Windcrest Drive
Holland MI 49423-5410

Spray-Rite, Inc.
Chelsea Long
201 Durham Ave
Pocola OK 74902

Mold Supplies, Incorporated
Roberto Martínez
2305 Richfield Parkway
Richfield WI 53076