# Court Conference

U.S. Bankruptcy Court-District of Delaware

Calendar Date: **05/05/2020**

Confirmed Telephonic Appearance Schedule

Calendar Time: **10:30 AM ET**

Honorable Mary F. Walrath

#4

*Amended Calendar   May  5 2020  6:50AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|--------|--------|-----------|--------|------------|--------|-----------|-----------|-----------|-------------|
| | | Pace Industries, LLC | 20-10927 | Hearing | 10551218 | William Bowden | (302) 654-1888 ext. | Ashby &  Geddes | Interested Party, MacQuarie / LIVE |
| | | Pace Industries, LLC | 20-10927 | Hearing | 10552889 | Robert S. Brady | (302) 571-5713 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Pace Industries, LLC / LIVE |
| | | Pace Industries, LLC | 20-10927 | Hearing | 10551142 | David L. Buchbinder | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, David Buchbinder / LIVE |
| | | Pace Industries, LLC | 20-10927 | Hearing | 10551029 | Patricia K. Burgess | (859) 817-5905 ext. | Frost Brown Todd LLC | Interested Party, Toyota Motor Engineering & Manufacturing North America, Inc. / LIVE |
| | | Pace Industries, LLC | 20-10927 | Hearing | 10552887 | Alexander L. Cheney | (212) 728-8921 ext. | Willkie Farr & Gallagher LLP | Debtor, Pace Industries, LLC / LIVE |
| | | Pace Industries, LLC | 20-10927 | Hearing | 10547627 | Kathryn Coleman | (212) 837-6000 ext. | Hughes Hubbard & Reed LLP | Debtor, Pace Industries, LLC / LIVE |
| | | Pace Industries, LLC | 20-10927 | Hearing | 10551321 | Michael T. Conway | (917) 242-1597 ext. | Offit Kurman, PA | Creditor, Eastern Alloys Inc. / LISTEN ONLY |
| | | Pace Industries, LLC | 20-10927 | Hearing | 10552935 | Ciara A. Copell | (212) 728-8000 ext. | Willkie Farr & Gallagher LLP | Debtor, Pace Industries, LLC / LISTEN ONLY |
| | | Pace Industries, LLC | 20-10927 | Hearing | 10538211 | Daniel Duffy | (302) 651-7655 ext. | Daniel Duffy - In Pro Per/Pro Se | Creditor, Bank of Montreal / LIVE |
| | | Pace Industries, LLC | 20-10927 | Hearing | 10551255 | Katharina Earle | (302) 654-1888 ext. | Ashby & Geddes, P.A. | Interested Party, MacQuarie / LISTEN ONLY |
| | | Pace Industries, LLC | 20-10927 | Hearing | 10552855 | Matthew Feldman | (212) 728-8000 ext. | Willkie Farr & Gallagher LLP | Debtor, Pace Industries, LLC / LIVE |
| | | Pace Industries, LLC | 20-10927 | Hearing | 10552961 | Patrick Flynn | (480) 404-6867 ext. | FTI Consulting, Inc. | Debtor, Pace Industries, LLC / LISTEN ONLY |
| | | Pace Industries, LLC | 20-10927 | Hearing | 10552612 | David S. Forsh | (212) 908-3913 ext. | Thompson Hine LLP | Interested Party, None / LISTEN ONLY |
| | | Pace Industries, LLC | 20-10927 | Hearing | 10550685 | Jonathan C. Gordon | (702) 807-1650 ext. | Latham & Watkins LLP | Third Party, NONE / LISTEN ONLY |
| | | Pace Industries, LLC | 20-10927 | Hearing | 10551521 | Suzanne Grosso | (617) 936-2275 ext. | Suzanne Grosso - In Pro Per/Pro Se | Creditor, TCW Asset Managment Co. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pace Industries, LLC | 20-10927 | Hearing | 10559982 | William Gussman | (212) 756-2466 ext. | Schulte Roth & Zabel LLP | Creditor, TCW Asset Management Co. LLC / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10552512 | Alice Y.N Ha | (212) 558-3036 ext. | Sullivan & Cromwell | Interested Party, MacQuarie / LISTEN ONLY |
| Pace Industries, LLC | 20-10927 | Hearing | 10551005 | Adam Harris | (212) 756-2253 ext. | Schulte Roth & Zabel LLP | Creditor, TCW Asset Management Co. LLC / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10554533 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| Pace Industries, LLC | 20-10927 | Hearing | 10552798 | Mark F. Hebbeln | (312) 832-4394 ext. | Foley & Lardner LLP | Interested Party, Pace Ind. LLC / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10552505 | Althea Hennedige | (302) 654-1888 ext. | Mccuqarie Capitol Inc. | Interested Party, MacQuarie / LISTEN ONLY |
| Pace Industries, LLC | 20-10927 | Hearing | 10552507 | Sabina Jacobs Margot | (213) 229-7381 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, MacQuarie / LISTEN ONLY |
| Pace Industries, LLC | 20-10927 | Hearing | 10552624 | Russell R. Johnson, III | (804) 749-8861 ext. | Law Offices of Russell R. Johnson III PLC | Creditor, Constellation NewEnergy-Gas Division, LLC / LISTEN ONLY |
| Pace Industries, LLC | 20-10927 | Hearing | 10553268 | Robert W. Jones | (214) 964-9483 ext. | Holland & Knight LLP | DIP Lender, Regions Bank / LISTEN ONLY |
| Pace Industries, LLC | 20-10927 | Hearing | 10555019 | Jeffrey Kaplan | (201) 627-8142 ext. | CRG Financial LLC | Consultant, CRG Financial LLC / LISTEN ONLY |
| Pace Industries, LLC | 20-10927 | Hearing | 10538072 | Wade Kennedy | (312) 849-8100 ext. | McGuireWoods | Creditor, Bank of Montreal / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10538134 | John Knight | (302) 651-7886 ext. | Richards, Layton & Finger, P.A. | Creditor, Bank of Montreal / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10551028 | Kelly V. Knight | (212) 756-2503 ext. | Schulte Roth & Zabel LLP | Creditor, TCW Asset Management Co. LLC / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10550971 | Adam G. Landis | (302) 467-4411 ext. | Landis Rath & Cobb LLP | Creditor, TCW Asset Management Co. LLC / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10550963 | Matthew B. McGuire | (302) 467-4400 ext. | Landis Rath & Cobb LLP | Creditor, TCW Asset Management Co. LLC / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10553893 | Michael Mezzacappa | (212) 756-2466 ext. | Schulte Roth & Zabel LLP | Creditor, TCW Asset Management Co. LLC / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10552958 | Jonathan Miller | (212) 813-1619 ext. | FTI Consulting | Debtor, Pace Industries, LLC / LISTEN ONLY |
| Pace Industries, LLC | 20-10927 | Hearing | 10554974 | Jeffrey Montgomery | (302) 382-1077 ext. | Law360 | Media, Law360 / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pace Industries, LLC | 20-10927 | Hearing | 10552895 | Edmon Morton | (302) 571-6637 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Pace Industries, LLC / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10552917 | Joseph M. Mulvihill | (302) 571-6600 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Pace Industries, LLC / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10551391 | Stacy Newman | (302) 654-1888 ext. | Ashby &  Geddes | Interested Party, MacQuarie / LISTEN ONLY |
| Pace Industries, LLC | 20-10927 | Hearing | 10555093 | Kevin Padgett | (214) 557-1775 ext. | Regions Bank | Creditor, Regions Bank / LISTEN ONLY |
| Pace Industries, LLC | 20-10927 | Hearing | 10548684 | Morgan L. Patterson | (302) 252-4326 ext. | Womble Bond Dickinson ( US ) LLP | Creditor, FCA US LLC / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10548689 | James A. Plemmons | (313) 223-3106 ext. 00 | Dickinson Wright PLLC | Creditor, FCA US LLC / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10538103 | Walt Popiel | (248) 433-3100 ext. | Conway MacKenzie | Creditor, Bank of Montreal / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10552945 | Craig Potter | (479) 443-1455 ext. | Pace Industries, LLC | Debtor, Pace Industries, LLC / LISTEN ONLY |
| Pace Industries, LLC | 20-10927 | Hearing | 10552965 | Michael Queenan | (646) 485-0571 ext. | FTI Consulting, Inc. | Debtor, Pace Industries, LLC / LISTEN ONLY |
| Pace Industries, LLC | 20-10927 | Hearing | 10538149 | David T. Queroli | (302) 651-7648 ext. | Richards, Layton & Finger, P.A. | Creditor, Bank of Montreal / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10551049 | Jeremy W. Ryan | (302) 984-6108 ext. | Potter Anderson & Corroon LLP | Creditor, Kenner & Company / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10552950 | Steffan Sarkin | (479) 443-1455 ext. | Pace Industries, LLC | Debtor, Pace Industries, LLC / LISTEN ONLY |
| Pace Industries, LLC | 20-10927 | Hearing | 10552923 | Jordan Sazant | (302) 576-3579 ext. | Young Conaway Stargatt & Taylor, LLP | Debtor, Pace Industries, LLC / LISTEN ONLY |
| Pace Industries, LLC | 20-10927 | Hearing | 10538125 | Daniel Schultz | (248) 231-1220 ext. | Conway MacKenzie | Creditor, Bank of Montreal / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10551308 | Michael Shiner | (412) 594-5586 ext. | Tucker Arensberg | Creditor, Ellwood Group, Inc. / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10538087 | Alexandra Shipley | (312) 849-8100 ext. | McGuireWoods | Creditor, Bank of Montreal / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10552873 | Debra M. Sinclair | (212) 728-8719 ext. 8638 | Willkie Farr & Gallagher LLP | Debtor, Pace Industries, LLC / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10551060 | Ryan Slaugh | (302) 984-6145 ext. | Potter Anderson & Corroon LLP | Creditor, Kenner & Company / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10548696 | M. Kimberly Stagg | (615) 620-1732 ext. | Dickinson Wright PLLC | Creditor, FCA US LLC / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10552818 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| Pace Industries, LLC | 20-10927 | Hearing | 10552864 | Rachel Strickland | (212) 728-8000 ext. | Willkie Farr & Gallagher LLP | Debtor, Pace Industries, LLC / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10552972 | Teagan Strynchuk | (646) 576-8103 ext. | FTI Consulting, Inc. | Debtor, Pace Industries, LLC / LISTEN ONLY |

| Pace Industries, LLC | 20-10927 | Hearing | 10538051 | Brian I Swett | (312) 849-8194 ext. | McGuireWoods | Creditor, Bank of Montreal / LIVE |
|---|---|---|---|---|---|---|---|
| Pace Industries, LLC | 20-10927 | Hearing | 10538162 | Megan F. Tripodi | (312) 720-9284 ext. | Megan F. Tripodi - In Pro Per/Pro Se | In Propria Persona, Megan F. Tripodi / LIVE |
| Pace Industries, LLC | 20-10927 | Hearing | 10534235 | David M. Unseth | (314) 259-2595 ext. | Bryan Cave Leighton Paisner LLP | Creditor, Lefton Metal Enterprises / LISTEN ONLY |
| Pace Industries, LLC | 20-10927 | Hearing | 10554307 | Sally Veghte | (302) 552-5503 ext. | Klehr Harrison Harvey Branzburg LLP | Creditor, Commercial Metals / LISTEN ONLY |
| Pace Industries, LLC | 20-10927 | Hearing | 10554262 | Julie A. Walker | (972) 845-2222 ext. | Miller Mentzer Walker | Interested Party, Julie A. Walker / LISTEN ONLY |
| Pace Industries, LLC | 20-10927 | Hearing | 10555104 | Alex Wolf | (202) 999-9069 ext. | Bloomberg Law | Media, Bloomberg Law / LISTEN ONLY |
| Pace Industries, LLC | 20-10927 | Hearing | 10555020 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Interested Party, Becky A. Yerak / LISTEN ONLY |